## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-62 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| JERMICHAEL TILLERY | ) | Magistrate Judge Dumitru |

## **ORDER**

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant Jermichael Tillery's motion to withdraw his not guilty plea as to Count One and Count Two of the Indictment; (2) accept Defendant's guilty plea as to Count One and Count Two; (3) adjudicate Defendant guilty of Count One and Count Two; and (4) order that Defendant remain in custody until sentencing in this matter. [Doc. 82]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 82] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One and Count Two of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One and Count Two is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Two; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **August 20, 2026, at 10:00 a.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/ Charles E. Atchley, Jr.
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

2